

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00026-CR

Reggie David **VINE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3955
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 11, 2015.

_____
Patricia O. Alvarez, Justice